NO. 07-09-0255-CR

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL A

 

FEBRUARY 17, 2010

 

______________________________

 

 

TIMOTHY DAVENPORT, APPELLANT

 

V.

 

THE STATE OF TEXAS, APPELLEE

 

 

_________________________________

 

FROM THE  316TH DISTRICT COURT OF HUTCHINSON
COUNTY;

 

NO. 10,065; HONORABLE JOHN LAGRONE, JUDGE

 

_______________________________

 

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

Pending before this Court is Appellant=s Motion to Dismiss Appeal in
which he requests that his notice of appeal be withdrawn and the appeal be
dismissed.  As required by Rule 42.2(a)
of the Texas Rules of Appellate Procedure, the motion is signed by Appellant
and his attorney.  No decision of this
Court having been delivered, the motion is granted and the appeal is
dismissed.  No motion for rehearing will
be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

 

Patrick A. Pirtle

      Justice

 

 

Do
not publish.

 

 

 





                                                                                          Justice

 

 











[1]Snelson filed a motion to rescind the order of February 25,
2010, and then appealed the partial denial of that motion.  By an opinion issued today, this Court
disposed of that appeal.  See Snelson v.
State, No. 07-10-0259-CV, 2011 Tex. App. LEXIS __ (Tex.App.--Amarillo 2010,
no pet. h.).